UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>NORTHER DIVISION</u>

DOUGLAS CORNELL JACKSON #748757,

      Plaintiff,

v.

                                             Case No: 2:23-cv-122

QUENTIN BOLTON et al,                  HON. ROBERT J. JONKER

      Defendants.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION

    The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on January 14, 2025 (ECF No. 54). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

    **ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 54) is **APPROVED** and **ADOPTED** as the opinion of the Court.

    **IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 41) is GRANTED in part and DENIED in part. The Court dismisses without prejudice claims 6, 7, 9, 10 and 11. Defendants' Motion to Strike (ECF No. 49) is DENIED. The Court accepts the claims remaining against Defendants Bolton, Bomer and Collison as stated in the Report and Recommendation at PageID.725-726.

Dated:  February 4, 2025            /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   UNITED STATES DISTRICT JUDGE