UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DOUGLAS CORNELL JACKSON #748757,

    Plaintiff,

v.

                              Case No: 2:23-cv-122

QUENTIN BOLTON et al.,                   HON. ROBERT J. JONKER

    Defendants.
_____/

## JUDGMENT

In accordance with the Order Adopting and Approving Magistrate's Report and Recommendation entered this day, Judgment is entered in favor of Defendants and against Plaintiff.


Dated:  January 13, 2026               /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE